**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CHEVRON U.S.A. INC.,**
        **Plaintiff,**

**-vs-**                                              **Case No.  6:07-cv-303-Orl-18DAB**

**CHARLES "CAL" LETCHWORTH,**
**BYRD OIL DISTRIBUTORS, INC.,**
        **Defendants.**
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Accordingly, the Plaintiff is awarded fees in the amount of $18,922 as an award of reasonable attorney's fees.

It is **SO ORDERED** in Orlando, Florida, this 15th day of October, 2007.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record